**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Karel Spikes, | ) Case No. **CV 08-6726-JFW (JCx)** |
|---|---|
| Plaintiff, | ) **ORDER DISMISSING CIVIL ACTION** |
| v. | ) |
| Popeye's Chicken & Biscuits; Ish Don't Think So, LLC; and Does 1 through 10, | ) |
| Defendants. | ) |

    WHEREAS pursuant to the stipulation of the parties filed on March 24, 2009, the parties have agreed that this action should be dismissed with prejudice,

    IT IS THEREFORE ORDERED that this action is hereby dismissed with prejudice.

Dated: March 26, 2009

_____
JOHN F. WALTER
United States District Judge